# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **FREE STATE OF BAVARIA**, represented by **THE UNIVERSITY OF WÜRZBURG**, | **Case No. 2:22-cv-02580** |
| *Plaintiff*, | **Judge Sarah D. Morrison** |
| v. | **Magistrate Judge Chelsey M. Vascura** |
| **THE OHIO STATE UNIVERSITY**, *et al*. | |
| *Defendants*. | |

## JOINT STIPULATION FOR EXTENSION OF TIME FOR BRIAN KASPAR, PH.D. TO RESPOND TO THE COMPLAINT

Plaintiff Free State of Bavaria, represented by The University of Würzburg (hereinafter "Plaintiff") together with Defendant Brian Kaspar, Ph.D. (hereinafter "Defendant"), respectfully request that this Court extend Defendant's deadline to respond to the Complaint, as set forth below:

1. On June 22, 2022, Plaintiff filed the Complaint in the above-captioned matter. (ECF No. 1.)

2. On July 22, 2022, counsel for Defendant, Andrew K. Walsh, was provided with a copy of the Complaint and accepted service on Defendant's behalf.

3. Pursuant to Civil Rule 12(a)(1)(A)(i), Defendant has 21 days after service of the Summons and Complaint to answer or otherwise respond to the Complaint.  Therefore, Defendant's deadline to answer is August 12, 2022.

4. Pursuant to Local Rule 6.1, the Parties may stipulate to extend Defendant's deadline in which to respond to the Complaint, and any such extension may not exceed 21 days.

13905922.1

5. The Parties have stipulated to extend Defendant's deadline to file an answer or motion in response to the Complaint by 21 days, or until September 2, 2022. No prior stipulated extensions have been provided to Defendant.

WHEREFORE, Defendant respectfully requests this Court grant an extension for Defendant to answer or otherwise respond to the Complaint until September 2, 2022.

A proposed Order granting this stipulation is attached hereto for the Court's convenience.

Respectfully submitted,

| | |
|---|---|
| */s/ Andrew K. Walsh* | */s/ Justin M. Croniser* |
| Shawn J. Organ (0042052) - TRIAL ATTORNEY | Justin M. Croniser (0079462) |
| Ashley T. Merino (0096853) | HAHN LOESER & PARKS LLP |
| ORGAN LAW LLP | 200 Public Square, Suite 2800 |
| 1330 Dublin Road | Cleveland, Ohio 44114 |
| Columbus, Ohio 43215 | Phone: (216) 621-0150 |
| Phone: (614) 481-0900 | Fax: (216) 241-2824 |
| Fax: (614) 481-0904 | jcroniser@hahnlaw.com |
| sjorgan@organlegal.com | |
| amerino@organlegal.com | Adam Sims (0093474) |
| | HAHN LOESER & PARKS LLP |
| Andrew K. Walsh | 265 E. State Street, Suite 1400 |
| (*pro hac vice motion forthcoming*) | Columbus, Ohio 43215 |
| Philip A. Mayer | Phone: (614) 453-7104 |
| (*pro hac vice motion forthcoming*) | Fax: (614) 453-7105 |
| HUESTON HENNIGAN LLP | asims@hahnlaw.com |
| 523 West 6th St Suite 400 | |
| Los Angeles, CA 90014 | Joseph V. Saphia – TRIAL ATTORNEY |
| Phone: (213) 788-4340 | (admitted pro hac vice) |
| awalsh@hueston.com | Jessica H. Zafonte (admitted pro hac vice) |
| pmayer@hueston.com | CHIESA, SHAHINIAN & GIANTOMASI P.C. |
| | 11 Times Square, 34th Floor |
| *Attorneys for Defendant Brian Kaspar, Ph.D.* | New York, New York 10036 |
| | Phone: (212) 973-0572 |
| | jsaphia@csglaw.com |
| | jzafonte@csglaw.com |
| | |
| | *Attorneys for Plaintiff* |
| | *Free State of Bavaria, represented by* |
| | *The University of Würzburg* |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of August, 2022, the foregoing was filed using the Court's CM/ECF filing system and that by virtue of same, notification was electronically served on all counsel of record and for all parties not represented, I mailed a copy via U.S. Mail, postage prepaid, on said date.

*/s/ Justin M. Croniser*
*One of the Attorneys for Plaintiff*