UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FREE STATE OF BAVARIA,**
*represented by the* **UNIVERSITY OF WÜRZBURG,**

      **Plaintiff,**

  v.

**THE OHIO STATE UNIVERSITY,** *et al.*,

      **Defendants.**

:

Case No. 2:22-cv-2580
**Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

This matter is before the Court on Defendant The Ohio State University's Motion to Dismiss the First Amended Complaint. (ECF No. 56.) Plaintiff Free State of Bavaria, represented by the University of Würzburg, does not oppose. (ECF No. 57.) Accordingly, the Motion is **GRANTED**. The Ohio State University is **TERMINATED** as a party to this action and all claims asserted against it are **DISMISSED**.

    **IT IS SO ORDERED.**

                                     /s/ Sarah D. Morrison
                                     **SARAH D. MORRISON**
                                     **UNITED STATES DISTRICT JUDGE**