**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| FREE STATE OF BAVARIA, *represented by* THE UNIVERSITY OF WÜRZBURG, <br><br> Plaintiff, <br><br> v. <br><br> THE OHIO STATE UNIVERSITY, *et al.,* <br><br> Defendants. | Case No. 2:22-cv-02580-SDM-CMV <br><br> Judge Sarah D. Morrison <br><br> Magistrate Judge Chelsey M. Vascura |

## JOINT STATUS REPORT

Pursuant to the Court's Opinion and Order of April 24, 2023, (ECF No. 85 at 11), in the above-captioned proceeding, Plaintiff Free State of Bavaria, represented by The University of Würzburg ("UW"), Defendants Nationwide Children's Hospital and The Research Institute at Nationwide Children's Hospital (together, "NCH"), and Defendant Dr. Brian Kaspar ("Dr. Kaspar"), through their undersigned counsel, hereby submit this joint status report.

By way of same Opinion and Order of April 24, 2023, the Court stayed this matter pending resolution of UW's related state action against The Ohio State University before the Ohio Court of Claims (the "State Action"). (*Id.*). The Court also denied NCH and Dr. Kaspar's Motions to Dismiss (ECF Nos. 58, 59) without prejudice to refiling after the stay is lifted. (ECF No. 85 at 11).

UW's State Action, captioned *Free State of Bavaria, represented by The University of Würzburg v. The Ohio State University*, No. 2022-00495JD (Ohio Ct. Cl.), remains ongoing, and is proceeding in accordance with the operative Amended Case Schedule of May 5, 2023, entered therein. During fact discovery, which closed on July 21, 2023, UW engaged both NCH and Dr. Kaspar in third-party discovery, including obtaining certain documents and records from NCH and Dr. Kaspar; deposing NCH representatives Ms. Amy Roscoe and Mr. Christopher Hinton; and deposing Dr. Kaspar. Expert discovery closed on October 20, 2023, and dispositive motions are due to be filed on or before November 27, 2023. The State Action is scheduled to proceed to trial on May 6 through May 10, 2024.

The parties respectfully request the opportunity to file another joint status report with the Court upon the resolution of the State Action or in six months, whichever is earlier. The parties thank the Court for its continued attention to this matter.

Respectfully submitted,

(*Signatures on following page*)

 /s/ Justin M. Croniser
Justin M. Croniser (0079462)
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, OH 44114
Telephone: (216) 621-0150
Fax: (216) 241-2824
jcroniser@hahnlaw.com

    -and-

Joseph V. Saphia (NY Bar No. js3680; PHV)
   *Trial Attorney*
Jessica H. Zafonte (NY Bar No. jz7813; PHV)
CHIESA SHAHINIAN & GIANTOMASI P.C.
11 Times Square, 34th Floor
New York, NY 10036
Telephone: (212) 324-7229
jsaphia@csglaw.com
jzafonte@csglaw.com
*Attorneys for Plaintiff Free State of Bavaria, represented by The University of Würzburg*


 /s/ Andrew K. Walsh (per email consent 10/23/23)
Shawn J. Organ (0042052)
   *Trial Attorney*
Connor A. Organ (0097995)
ORGAN LAW LLP
1330 Dublin Road
Columbus, OH 43215
Telephone: (614) 481-0900
Fax: (614) 481-0904
sjorgan@organlegal.com
corgan@organlegal.com

    -and-

Andrew K. Walsh (PHV)
Emerson Bursis (PHV)
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
awalsh@hueston.com
ebursis@hueston.com
*Attorneys for Defendant Dr. Brian Kaspar*

 /s/ Rachel A. Ward (per email consent 10/23/23)
William G. Porter (0017296)
   *Trial Attorney*
Kara M. Mundy (0091146)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH 43216
Telephone: (614) 464-5448
Fax: (614) 719-4911
wgporter@vorys.com
kmmundy@vorys.com

    -and-

Natalie A. Bennett (PHV)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, 7th Floor
Washington, DC 20004
Telephone: (202) 739-5559
Fax: (202) 739-3001
natalie.bennett@morganlewis.com

    -and-

John V. Gorman (PHV)
Rachel A. Ward (PHV)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Fax: (215) 963-5001
john.gorman@morganlewis.com
rachel.ward@morganlewis.com

    -and-

Krista Vink Venegas, Ph.D. (PHV)
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, IL 60606
Telephone: (312) 324-1736
krista.venegas@morganlewis.com
*Attorneys for Defendant Nationwide Children's Hospital and The Research Institute at Nationwide Children's Hospital*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2023, I caused the foregoing Joint Status Report to be electronically filed with the Clerk of Court and served on all counsel of record via the CM/ECF filing system.

*/s/ Justin M. Croniser*
Justin M. Croniser
*One of the Attorneys for Plaintiff*
