**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FREE STATE OF BAVARIA, *represented by* THE UNIVERSITY OF WÜRZBURG, | : : : | Case No. 2:22-cv-02580-SDM-CMV |
| Plaintiff, | : : | Judge Sarah D. Morrison |
| v. | : : : | Magistrate Judge Chelsey M. Vascura |
| THE OHIO STATE UNIVERSITY, *et al.,* | : : | |
| Defendants. | : : | |

## JOINT STATUS REPORT

Plaintiff Free State of Bavaria, represented by The University of Würzburg ("UW"), Defendants Nationwide Children's Hospital and The Research Institute at Nationwide Children's Hospital (together, "NCH"), and Defendant Dr. Brian Kaspar ("Dr. Kaspar"), through their undersigned counsel, hereby submit this joint status report per the Court's order of September 6, 2024 [ECF No. 94].

On April 24, 2023, the Court stayed this matter until UW's related lawsuit against The Ohio State University ("OSU") before the Ohio Court of Claims, captioned *Free State of Bavaria, represented by The University of Würzburg v. The Ohio State University*, No. 2022-00495JD (the "State Action") was fully and finally resolved. [ECF No. 85 at 1.] On July 19, 2024, the Ohio Court of Claims entered its opinion and order on the disposition of the bench trial in the State Action in favor of OSU on all claims. UW appealed, with briefing of the appeal just completed on February 18, 2025. Therefore, the parties request that the stay continue until after a decision on the appeal.

The parties thank the Court for its continued attention to this matter.

*(Signatures on following page)*

18483123.1

Respectfully submitted,

| | |
|---|---|
| */s/ Justin M. Croniser* | */s/ Natalie A. Bennett* |
| Justin M. Croniser (0079462) | *(signed per email consent 3/5/2025)* |
| HAHN LOESER & PARKS LLP | William G. Porter (0017296) |
| 200 Public Square, Suite 2800 |    *Trial Attorney* |
| Cleveland, OH 44114 | Kara M. Mundy (0091146) |
| Telephone: (216) 621-0150 | VORYS, SATER, SEYMOUR AND PEASE LLP |
| Fax: (216) 241-2824 | 52 East Gay Street |
| jcroniser@hahnlaw.com | Columbus, OH 43216 |
| | Telephone: (614) 464-5448 |
|     -and- | Fax: (614) 719-4911 |
| | wgporter@vorys.com |
| Joseph V. Saphia (NY Bar No. js3680; PHV) | kmmundy@vorys.com |
|    *Trial Attorney* | |
| Jessica H. Zafonte (NY Bar No. jz7813; PHV) |     -and- |
| CHIESA SHAHINIAN & GIANTOMASI P.C. | |
| 11 Times Square, 34th Floor | Natalie A. Bennett (PHV) |
| New York, NY 10036 | MORGAN, LEWIS & BOCKIUS LLP |
| Telephone: (212) 324-7229 | 1111 Pennsylvania Avenue, 7th Floor |
| jsaphia@csglaw.com | Washington, DC 20004 |
| jzafonte@csglaw.com | Telephone: (202) 739-5559 |
| *Attorneys for Plaintiff Free State of Bavaria, represented by The University of Würzburg* | Fax: (202) 739-3001 |
| | natalie.bennett@morganlewis.com |
| | |
| */s/ Andrew K. Walsh* |     -and- |
| *(signed per email consent 3/5/2025)* | |
| Shawn J. Organ (0042052) | John V. Gorman (PHV) |
|    *Trial Attorney* | Rachel A. Ward (PHV) |
| Connor A. Organ (0097995) | MORGAN, LEWIS & BOCKIUS LLP |
| ORGAN LAW LLP | 2222 Market Street |
| 1330 Dublin Road | Philadelphia, PA 19103 |
| Columbus, OH 43215 | Telephone: (215) 963-5000 |
| Telephone: (614) 481-0900 | Fax: (215) 963-5001 |
| Fax: (614) 481-0904 | john.gorman@morganlewis.com |
| sjorgan@organlegal.com | rachel.ward@morganlewis.com |
| corgan@organlegal.com | |
| |     -and- |
|     -and- | |
| | Krista Vink Venegas, Ph.D. (PHV) |
| Andrew K. Walsh (PHV) | MORGAN, LEWIS & BOCKIUS LLP |
| Emerson Bursis (PHV) | 110 North Wacker Drive, Suite 2800 |
| HUESTON HENNIGAN LLP | Chicago, IL 60606 |
| 523 West 6th Street, Suite 400 | Telephone: (312) 324-1736 |
| Los Angeles, CA 90014 | krista.venegas@morganlewis.com |
| Telephone: (213) 788-4340 | *Attorneys for Defendant Nationwide Children's Hospital and The Research Institute at Nationwide Children's Hospital* |
| awalsh@hueston.com | |
| ebursis@hueston.com | |
| *Attorneys for Defendant Dr. Kaspar* | |

2

18483123.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2025, I caused the foregoing Joint Status Report to be electronically filed with the Clerk of Court and served on all counsel of record via the CM/ECF filing system.

      */s/ Justin M. Croniser*
      Justin M. Croniser
      *One of the Attorneys for Plaintiff*